# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN J. FELDMAN, | |
| Petitioner, | 3:11-cv-00813-LRH-VPC |
| vs. | |
| JACK PALMER, et al., | ORDER |
| Respondents. | |

Petitioner filed a petition for a writ of habeas corpus, but initially failed to pay the filing fee or apply to proceed *in forma pauperis*. (ECF No. 1.)  The Court then denied the application which was submitted by petitioner.  (ECF Nos. 7 and 8).  Petitioner was directed to pay the fee, which he has not done.  Petitioner has not been in contact with the Court since he was directed to pay the fee on December 27, 2011, to seek additional time or to ask for any other relief. Therefore, the Court concludes that petitioner has abandoned the action.  The petition shall be dismissed and the matter closed.

**IT IS THEREFORE ORDERED** that the petition in this matter (ECF No. 1) shall be **FILED** and is **DISMISSED.**  The Clerk shall enter judgment accordingly.

Dated this 28th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE